**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **DALILA YEEND, BOUNNAM** | ) | |
| **PHIMASONE, ELVIN MINAYA** | ) | |
| **RODRIGUEZ, LISA LAPOINTE, AND** | ) | |
| **SHANTADEWIE RAHMEE,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CASE NO.: 1:20-CV-01281-AMN-PJE** |
| | ) | |
| **AKIMA GLOBAL SERVICES, LLC,** | ) | |
| **a/k/a AGS,** | ) | |
| **Defendant.** | ) | |

---

**DEFENDANT'S NOTICE OF APPEAL**

---

Notice is hereby given that Akima Global Services, LLC, the Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 169) entered in this action on March 31, 2025, denying Defendant's Motion for Summary Judgment premised on, *inter alia*, derivative sovereign immunity. *See In re World Trade Ctr. Disaster Site Litig.*, 521 F.3d 169, 193 (2d Cir. 2008) (district court's order denying derivative sovereign immunity is immediately appealable under the collateral order doctrine).

**COUNSEL FOR DEFENDANT,
AKIMA GLOBAL SERVICES, LLC**

/s/ *Jessica L. Marrero*
Jessica L. Marrero
Amiel J. Provosty (*pro hac vice*)
**THE KULLMAN FIRM**
1100 Poydras Street, Suite 1600
New Orleans, Louisiana 70163-1600
T: 504-524-4162 | F: 504-596-4114
JLM@KullmanLaw.com
AJP@KullmanLaw.com

Heather F. Crow (*pro hac vice*)
**THE KULLMAN FIRM**
2915 Kerry Forest Parkway - Suite 101
Tallahassee, FL 32309
T: 850-296-1953 | F:504-596-4189
HFC@KullmanLaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, I electronically filed the foregoing Notice of Appeal with the Clerk of the U.S. District Court for the Northern District of New York via the CM/ECF system, which sent notification to all parties of record.


/s/ *Jessica L. Marrero*
**Counsel for Defendant**

APPEAL

# U.S. District Court
# Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.3)] (Albany)
# CIVIL DOCKET FOR CASE #: 1:20–cv–01281–AMN–PJE
# *Internal Use Only*

| | |
|---|---|
| Yeend et al v. Akima Global Services, LLC | Date Filed: 10/16/2020 |
| Assigned to: U.S. District Judge Anne M. Nardacci | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Paul J. Evangelista | Nature of Suit: 790 Labor: Other |
| Case in other court:  Rensselaer County Supreme Court, EF2020–266934 | Jurisdiction: Federal Question |
| Cause: 28:1442 Notice of Removal | |

**Plaintiff**

**Dalila Yeend**                                represented by   **Alison E Frick**
Kaufman Lieb Lebowitz & Frick LLP
18 East 48th Street – Suite 802
New York, NY 10017
212–660–2332
Email: africk@kllflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Cristina Brito**
Worker Justice Center of New York
245 Saw Mill River Road – Suite 106
Hawthorne, NY 10532
845–331–6615
Email: cbrito@wjcny.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Laura Revercomb**
Office of the New York State Attorney General
One Civic Center Plaza – Suite 401
Poughkeepsie, NY 12601
845–867–4231
Email: laurarevercomb@gmail.com
*TERMINATED: 01/24/2024*
*LEAD ATTORNEY*
*Bar Status: Active*
*Fee Status: waived_2023*

**Alanna G. Kaufman**
Kaufman Lieb Lebowitz & Frick LLP
18 East 48th Street – Suite 802
New York, NY 10017
212–660–2332
Email: akaufman@kllflaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Alyssa D. Isidoridy**
Kaufman, Lieb, Lebowitz & Frick LLP
18 E. 48th Street – Suite 802

New York, NY 10016
571–643–5706
Email: aisidoridy@kllf–law.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Daniel Getman**
Getman, Sweeney & Dunn, PLLC
260 Fair Street
Kingston, NY 12401
845–255–9370
Email: dgetman@getmansweeney.com
*TERMINATED: 10/07/2021*
*Bar Status: Removed2023Biennial*
*Fee Status: none*

**Maureen Hussain**
Worker Justice Center of New York –
Kingston Office
9 Main Street
Kingston, NY 12401
845–331–6615
Email: mhussain@wjcny.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Olivia Post Rich**
Worker Justice Center of NY
1187 Culver Road
Rochester, NY 14609
646–545–2211
Email: opostrich@wjcny.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Robert McCreanor**
Law Office of Robert D. McCreanor,
P.L.L.C.
245 Saw Mill River Road – Suite 106
Hawthorne, NY 10532
845–202–1833
Email: rmccreanor@rdmclegal.com
*TERMINATED: 05/27/2022*
*Bar Status: Active*
*Fee Status: paid_2023*

**Plaintiff**

**Bounnam Phimasone**                    represented by  **Alison E Frick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Cristina Brito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Laura Revercomb**
(See above for address)
*TERMINATED: 01/24/2024*
*LEAD ATTORNEY*
*Bar Status: Active*
*Fee Status: waived_2023*

**Alanna G. Kaufman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Alyssa D. Isidoridy**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Daniel Getman**
(See above for address)
*TERMINATED: 10/07/2021*
*Bar Status: Removed2023Biennial*
*Fee Status: none*

**Maureen Hussain**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Olivia Post Rich**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Robert McCreanor**
(See above for address)
*TERMINATED: 05/27/2022*
*Bar Status: Active*
*Fee Status: paid_2023*

**Plaintiff**

**Elvin Minaya Rodriguez**    represented by    **Alanna G. Kaufman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Alison E Frick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Alyssa D. Isidoridy**
Kaufman, Lieb, Lebowitz & Frick LLP
18 E. 48th Street – Suite 802
New York, NY 10017
571–643–5706
Email: aisidoridy@kllf–law.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Cristina Brito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Laura Revercomb**
(See above for address)
***TERMINATED: 01/24/2024***
*LEAD ATTORNEY*
*Bar Status: Active*
*Fee Status: waived_2023*

**Maureen Hussain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Olivia Post Rich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Plaintiff**

**Lisa Lapointe**                           represented by **Alanna G. Kaufman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Alison E Frick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Alyssa D. Isidoridy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Cristina Brito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Laura Revercomb**
(See above for address)

*TERMINATED: 01/24/2024*
*LEAD ATTORNEY*
*Bar Status: Active*
*Fee Status: waived_2023*

**Maureen Hussain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Olivia Post Rich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Plaintiff**

**Shantadewie Rahmee**                    represented by    **Alanna G. Kaufman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Alison E Frick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Alyssa D. Isidoridy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Cristina Brito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Laura Revercomb**
(See above for address)
*TERMINATED: 01/24/2024*
*LEAD ATTORNEY*
*Bar Status: Active*
*Fee Status: waived_2023*

**Maureen Hussain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Olivia Post Rich**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

V.

**Mediator (Mandatory Program)**

**Ira B. Lobel**                              represented by  **Ira B. Lobel**
204 Milner Ave
Albany, NY 12208
518–439–8399
Email: iralobel@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: none*

V.

**Defendant**

**Akima Global Services, LLC**               represented by  **Heather F Crow**
*also known as*                                             The Kullman Firm
AGS                                                         2915 Kerry Forest Parkway – Suite 101
Tallahassee, FL 32309
850–296–1953
Fax: 504–596–4189
Email: hfc@kullmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Jessica L. Marrero**
Kullman Law Firm – New Orleans Office
1600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
504–596–4137
Fax: 504–596–4114
Email: jlm@kullmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Amiel J. Provosty**
The Kullman Firm
1100 Poydras St. – Suite 1600
New Orleans, LA 70163
504–596–4194
Fax: 504–596–4189
Email: AJP@kullmanlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 10/16/2020 | 1 | NOTICE OF REMOVAL from Rensselaer County Supreme Court, case number EF2020−266934 (Filing fee $400 receipt number ANYNDC−5282930) filed by Akima Global Services, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Civil Cover Sheet)(kmc) (Entered: 10/19/2020) |
| 10/16/2020 | 2 | STATE COURT COMPLAINT relating to # 1 Notice of Removal, filed by Akima Global Services, LLC. (kmc) (Entered: 10/19/2020) |
| 10/19/2020 | 3 | G.O. 25 FILING ORDER ISSUED: Initial In Person Rule 16 Conference set for 11/20/2020 at 10:00 AM in Albany before Magistrate Judge Christian F. Hummel. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 11/13/2020. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (kmc) (Entered: 10/19/2020) |
| 10/19/2020 | 4 | NOTICE of Admission Requirement as to Party Plaintiffs; Attorney Robert McCreanor. Phone number is 845−331−6615. Admissions due by 11/2/2020. [Copy served upon attorney via regular mail](kmc) (Entered: 10/19/2020) |
| 10/19/2020 | 5 | NOTICE of Admission Requirement as to Party Plaintiffs; Attorney Maureen Hussain. Phone number is 845−331−6615. Admissions due by 11/2/2020. [Copy served upon attorney via regular mail] (kmc) (Entered: 10/19/2020) |
| 10/19/2020 | | ***Answer due date set for Akima Global Services, LLC answer due 10/23/2020. (kmc) (Entered: 10/19/2020) |
| 10/23/2020 | 6 | ANSWER to Complaint by Akima Global Services, LLC.(Marrero, Jessica) (Entered: 10/23/2020) |
| 10/23/2020 | 7 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Akima Global Services, LLC identifying Corporate Parent Akima, LLC, Corporate Parent NANA Regional Corporation for Akima Global Services, LLC.. (Marrero, Jessica) (Entered: 10/23/2020) |
| 10/30/2020 | 8 | AFFIDAVIT of Service for Defendants Notice of Removal (Dkt. 1) together with General Order # 25 and its attachments (Dkt. 3) served on Robert McCreanor, Esq., Maureen Hussain, Esq., Laura Revercomb, Esq., Dan Getman, Esq. on 10/26/2020, filed by Akima Global Services, LLC. (Attachments: # 1 Exhibit(s) A − USPS Certified Mail Receipt)(Marrero, Jessica) (Entered: 10/30/2020) |
| 11/02/2020 | 9 | NOTICE of Appearance by Maureen Hussain on behalf of Bounnam Phimasone, Dalila Yeend (Hussain, Maureen) (Entered: 11/02/2020) |
| 11/02/2020 | 10 | NOTICE by Bounnam Phimasone, Dalila Yeend re 4 Notice of Admission Requirement (Hussain, Maureen) (Entered: 11/02/2020) |
| 11/04/2020 | 11 | TEXT ORDER re 10 Notice (Other) filed by Dalila Yeend, Bounnam Phimasone: Attorney Robert McCreanor is directed to complete the admission to the NDNY by 12/20/2020 or shall otherwise request a further extension of time. Authorized by Magistrate Judge Christian F. Hummel on 11/4/2020. (tab) Modified on 11/5/2020 to correct docket text and indicate the correct attorney(tab). (Entered: 11/04/2020) |
| 11/04/2020 | 12 | COURT NOTICE of dial−in instructions for Chambers Teleconference: This case is scheduled for it's Initial Conference on 11/20/2020 @ 10:00 AM. This Court conference will be conducted by telephone and the parties are directed to dial in at 1−888−684−8852, enter Access code 9772719#, and use Security code 1234# to join the call. (tab) (Entered: 11/04/2020) |
| 11/05/2020 | | CLERK'S CORRECTION OF DOCKET ENTRY re 11 Order: Text Order was corrected to indicate the attorney who will be seeking admission into the NDNY upon his return from his leave: The Court's directive now reads: *Attorney Robert McCreanor is directed to complete the admission to the NDNY by 12/20/2020 or shall otherwise request a further extension of time.* (tab) (Entered: 11/05/2020) |
| 11/11/2020 | 13 | Letter Motion from Plaintiffs' counsel for Bounnam Phimasone, Dalila Yeend requesting an Extension of Time to File Remand Motion submitted to Judge Hummel . (Hussain, Maureen) (Entered: 11/11/2020) |

| | | |
|---|---|---|
| 11/13/2020 | 14 | CIVIL CASE MANAGEMENT PLAN , *jointly proposed* by Bounnam Phimasone, Dalila Yeend. (Hussain, Maureen) (Entered: 11/13/2020) |
| 11/13/2020 | 15 | MOTION to Strike *Certain Affirmative Defenses* Motion Hearing set for 12/17/2020 09:30 AM in Albany before Magistrate Judge Christian F. Hummel Response to Motion due by 11/30/2020 Reply to Response to Motion due by 12/7/2020. filed by Bounnam Phimasone, Dalila Yeend. (Attachments: # 1 Memorandum of Law) Motions referred to Christian F. Hummel. (Hussain, Maureen) Modified on 8/23/2021 to reinstate the motion(tab). (Entered: 11/13/2020) |
| 11/17/2020 | 16 | TEXT ORDER re 13 Letter Request from Plaintiffs' counsel for Bounnam Phimasone, Dalila Yeend requesting an Extension of Time to File Remand Motion, and Setting the briefing schedule for such motion. The Motion to Remand to be filed by 11/30/2020. Response to Motion to be filed by 1/4/2021. The Motion will be considered on SUBMIT unless otherwise directed. Authorized by Magistrate Judge Christian F. Hummel on 11/17/2020. (tab) (Entered: 11/17/2020) |
| 11/17/2020 | 17 | TEXT ORDER re 15 MOTION to Strike *Certain Affirmative Defenses* filed by Dalila Yeend, Bounnam Phimasone. This motion will be held in abeyance, pending resolution of the anticipated motion to remand. **The Initial Conference scheduled for 11/20/2020 @ 10:00 AM before the undersigned is ADJOURNED at this time.** So Ordered. Authorized by Magistrate Judge Christian F. Hummel on 11/17/2020. (tab) (Entered: 11/17/2020) |
| 11/30/2020 | 18 | MOTION to Remand to State Court *for Lack of Subject Matter Jurisdiction* filed by Bounnam Phimasone, Dalila Yeend. (Attachments: # 1 Declaration, # 2 Memorandum of Law, # 3 Exhibit(s) A – Defendant's Initial Disclosures, # 4 Exhibit(s) B – Courtesy Copy of Unreported Case) (Hussain, Maureen) (Entered: 11/30/2020) |
| 12/21/2020 | 19 | Letter Motion from Maureen Hussain for Bounnam Phimasone, Dalila Yeend requesting extension for Mr. McCreanor to complete admission submitted to Judge Hummel . (Hussain, Maureen) (Entered: 12/21/2020) |
| 12/22/2020 | 20 | TEXT ORDER granting 19 Letter Request from Maureen Hussain for Bounnam Phimasone, Dalila Yeend requesting extension for Mr. McCreanor to complete admission. Authorized by Magistrate Judge Christian F. Hummel on 12/22/2020. (tab) (Entered: 12/22/2020) |
| 01/04/2021 | 21 | RESPONSE in Opposition re 18 MOTION to Remand to State Court *for Lack of Subject Matter Jurisdiction* filed by Akima Global Services, LLC. (Attachments: # 1 Exhibit(s) Exhibit A –Declaration of Jessica Marrero, # 2 Exhibit(s) Exhibit B – Supplemental Declaration of Laura Mitchell, # 3 Exhibit(s) Exhibit C – Alaska Dept. of Commerce, Cmty, and Econ. Dev. Records, # 4 Exhibit(s) Exhibit D – New York Dept. of State, Div. of Corp. Records)(Marrero, Jessica) (Entered: 01/04/2021) |
| 01/06/2021 | 22 | Letter Motion from Maureen Hussain for Bounnam Phimasone, Dalila Yeend requesting extension of time to file reply submitted to Judge Hummel . (Hussain, Maureen) (Entered: 01/06/2021) |
| 01/07/2021 | 23 | TEXT ORDER granting 22 Letter Request re 18 MOTION to Remand to State Court *for Lack of Subject Matter Jurisdiction* : Reply to Response to Motion due by 1/18/2021. Authorized by Magistrate Judge Christian F. Hummel on 1/7/2021. (tab) (Entered: 01/07/2021) |
| 01/18/2021 | 24 | REPLY to Response to Motion re 18 MOTION to Remand to State Court *for Lack of Subject Matter Jurisdiction* filed by Bounnam Phimasone, Dalila Yeend. (Hussain, Maureen) (Entered: 01/18/2021) |
| 01/27/2021 | 25 | NOTICE of Appearance by Robert McCreanor on behalf of Bounnam Phimasone, Dalila Yeend (McCreanor, Robert) (Entered: 01/27/2021) |
| 03/01/2021 | 26 | LETTER BRIEF *providing supplemental authority related to the motion to remand* by Bounnam Phimasone, Dalila Yeend. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B)(Hussain, Maureen) (Entered: 03/01/2021) |
| 03/03/2021 | 27 | LETTER BRIEF *Defendant's Response to Plaintiffs' Supplemental Authority Concerning Motion to Remand* by Akima Global Services, LLC. (Marrero, Jessica) (Entered: 03/03/2021) |

| 08/17/2021 | 28 | TEXT ORDER RE: 15 MOTION to Strike *Certain Affirmative Defenses*: As was directed in the 11/17/2020 17 Text Order holding this motion in abeyance, upon the resolution of the pending Motion to Remand, this motion (if necessary) will be reinstated and deadlines for the filing of a response and reply will be reset. Authorized by Magistrate Judge Christian F. Hummel on 8/17/2021. (tab) (Entered: 08/17/2021) |
|---|---|---|
| 08/23/2021 | 29 | DECISION AND ORDER denying 18 Motion to Remand to State Court. Signed by Senior Judge Thomas J. McAvoy on August 23, 2021. (ztc, ) (Entered: 08/23/2021) |
| 08/23/2021 | 30 | TEXT ORDER Reinstating 15 MOTION to Strike *Certain Affirmative Defenses* : Response to Motion is reset and is now due by 9/10/2021. Authorized by Magistrate Judge Christian F. Hummel on 8/23/2021. (tab) (Entered: 08/23/2021) |
| 09/02/2021 | 31 | Letter Motion from Jessica Marrero for Akima Global Services, LLC requesting Extension of Time to File Response to Plaintiffs' Motion to Strike Certain Affirmative Defenses submitted to Judge Hummel . (Marrero, Jessica) (Entered: 09/02/2021) |
| 09/02/2021 | 32 | RESPONSE to Motion re 31 Letter Motion from Jessica Marrero for Akima Global Services, LLC requesting Extension of Time to File Response to Plaintiffs' Motion to Strike Certain Affirmative Defenses submitted to Judge Hummel filed by Bounnam Phimasone, Dalila Yeend. (Hussain, Maureen) (Entered: 09/02/2021) |
| 09/02/2021 | 33 | TEXT ORDER granting 31 Letter Motion from Jessica Marrero for Akima Global Services, LLC requesting Extension of Time to File Response to Plaintiffs' Motion to Strike Certain Affirmative Defenses , 15 MOTION to Strike *Certain Affirmative Defenses* : Response to Motion reset and now due by 10/1/2021. Authorized by Magistrate Judge Christian F. Hummel on 9/2/2021. (tab) (Entered: 09/02/2021) |
| 10/01/2021 | 34 | MEMORANDUM OF LAW re 15 Motion to Strike, *Opposition to Plaintiffs' Motion to Strike Affirmative Defenses* filed by Akima Global Services, LLC. (Attachments: # 1 Exhibit(s) Ex. A)(Marrero, Jessica) (Entered: 10/01/2021) |
| 10/04/2021 | 35 | COURT NOTICE of Conference: The Initial Conference has been set for Friday, 10/29/2021 @ 10:30 AM before Magistrate Judge Christian F. Hummel. The Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 10/22/2021. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) The conference will be conducted by telephone and counsel are directed to dial in at 1–888–684–8852, enter access code 9772719# and security code 1234# to join the call.(tab) (Entered: 10/04/2021) |
| 10/07/2021 | 36 | NOTICE by Bounnam Phimasone, Dalila Yeend *of withdrawal by Dan Getman* (Hussain, Maureen) (Entered: 10/07/2021) |
| 10/15/2021 | 37 | Letter Motion from Maureen Hussain for Bounnam Phimasone, Dalila Yeend requesting leave to file a reply to the motion to strike submitted to Judge Hummel . (Attachments: # 1 Memorandum of Law Proposed Reply)(Hussain, Maureen) (Entered: 10/15/2021) |
| 10/18/2021 | 38 | RESPONSE to Motion re 37 Letter Motion from Maureen Hussain for Bounnam Phimasone, Dalila Yeend requesting leave to file a reply to the motion to strike submitted to Judge Hummel filed by Akima Global Services, LLC. (Marrero, Jessica) (Entered: 10/18/2021) |
| 10/21/2021 | 39 | TEXT ORDER granting 37 Letter Motion from Maureen Hussain for Bounnam Phimasone, Dalila Yeend requesting leave to file a reply to the 15 MOTION to Strike *Certain Affirmative Defenses* : The Proposed Reply, Dkt. no. 37–1 is accepted as filed. **Defendant may file a sur–reply, of no more than 5 pages, by 10/29/2021.** So Ordered. [Sur–Reply to Motion due by 10/29/2021]. Authorized by Magistrate Judge Christian F. Hummel on 10/21/2021. (tab) (Entered: 10/21/2021) |
| 10/22/2021 | 40 | MOTION to Transfer Case *to the Southern District of New York* filed by Bounnam Phimasone, Dalila Yeend. Response to Motion due by 11/12/2021. Reply to Response to Motion due by 11/19/2021 (Attachments: # 1 Memorandum of Law in Support of the Motion, # 2 Declaration of Maureen Hussain, # 3 Exhibit(s) A, # 4 Exhibit(s) B, # 5 Exhibit(s) C) Motions referred to Christian F. Hummel. (Hussain, Maureen) (Entered: 10/22/2021) |

| | | |
|---|---|---|
| 10/22/2021 | 41 | CIVIL CASE MANAGEMENT PLAN by Akima Global Services, LLC. (Marrero, Jessica) (Entered: 10/22/2021) |
| 10/29/2021 | 42 | RESPONSE in Opposition re 37 Letter Motion from Maureen Hussain for Bounnam Phimasone, Dalila Yeend requesting leave to file a reply to the motion to strike submitted to Judge Hummel *Defendant's Sur–Reply in Opposition to Plaintiffs' Motion to Strike Affirmative Defenses* filed by Akima Global Services, LLC. (Marrero, Jessica) (Entered: 10/29/2021) |
| 10/29/2021 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Initial Pretrial Conference held on 10/29/2021 by telephone. Appearances by Laura L. Revercomb, Esq. ; Maureen Hussain, Esq.; Christina Brito, Esq. and Olivia Postarich, Esq. for Plaintiffs; Jessica Marrero, Esq. for Defendants. Pretrial deadlines are established and a Uniform Pretrial Scheduling Order will be issued. (tab) (Entered: 11/01/2021) |
| 11/01/2021 | 43 | ORDER REFERRING CASE to Mandatory Mediation. Deadline for Mediator Selection is 11/29/2021. Deadline for completion of Mandatory Mediation is 6/3/2022. Signed by Magistrate Judge Christian F. Hummel on 11/1/2021. (tab) (Entered: 11/01/2021) |
| 11/01/2021 | 44 | UNIFORM PRETRIAL SCHEDULING ORDER: Anticipated length of trial: 5 days (Jury Trial). Preferred Trial Location: Albany, NY. Joinder of Parties due by 1/31/2022. Amended Pleadings due by 1/31/2022. Discovery due by 7/29/2022. Motions to be filed by 9/30/2022. Status Report due by 4/25/2022. Signed by Magistrate Judge Christian F. Hummel on 11/1/2021. (tab) (Entered: 11/01/2021) |
| 11/12/2021 | 45 | RESPONSE in Opposition re 40 MOTION to Transfer Case *to the Southern District of New York* filed by Bounnam Phimasone, Dalila Yeend. filed by Akima Global Services, LLC. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B)(Marrero, Jessica) (Entered: 11/12/2021) |
| 11/29/2021 | 46 | Letter Motion from Maureen Hussain for Bounnam Phimasone, Dalila Yeend requesting leave to file a reply to the motion to transfer venue submitted to Judge Hummel . (Attachments: # 1 Exhibit(s) Proposed Reply)(Hussain, Maureen) (Entered: 11/29/2021) |
| 11/29/2021 | 47 | Letter Motion from Jessica L. Marrero for Akima Global Services, LLC requesting requesting extension to submit Joint Stipulation Selecting a Mediator submitted to Judge Hummel . (Marrero, Jessica) (Entered: 11/29/2021) |
| 11/29/2021 | 48 | RESPONSE in Opposition re 46 Letter Motion from Maureen Hussain for Bounnam Phimasone, Dalila Yeend requesting leave to file a reply to the motion to transfer venue submitted to Judge Hummel filed by Akima Global Services, LLC. (Marrero, Jessica) (Entered: 11/29/2021) |
| 11/30/2021 | 49 | TEXT ORDER granting 47 Letter Motion from Jessica L. Marrero for Akima Global Services, LLC requesting requesting extension to submit Joint Stipulation Selecting a Mediator submitted to Judge Hummel : Deadline for Mediator Selection is extended to 12/13/2021. Authorized by Magistrate Judge Christian F. Hummel on 11/30/2021. (tab) (Entered: 11/30/2021) |
| 12/03/2021 | 50 | TEXT ORDER granting the 46 Letter requesting permission to file a reply to the , 40 MOTION to Transfer Case *to the Southern District of New York*. Reply to Response to Motion due by 12/7/2021. Defendant is granted permission to file a sur–reply by 12/14/2021. Authorized by Senior Judge Thomas J. McAvoy on 12/3/2021. (amt) (Entered: 12/03/2021) |
| 12/13/2021 | 51 | STIPULATION SELECTING MEDIATOR: IT IS HEREBY STIPULATED AND AGREED that Ira Lobel has been selected, contacted and has agreed to serve as Mediator for this action. IT IS FURTHER STIPULATED AND AGREED, that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conferences, bearing in mind the deadline for completion of Mediation set forth in the Court's Order Referring the Case to Mediation. Stipulation signed by: Maureen Hussain and Jessica Marrero. Dated: 12/8/2021(Marrero, Jessica) (Entered: 12/13/2021) |

| | | |
|---|---|---|
| 12/14/2021 | 52 | RESPONSE in Opposition re 40 MOTION to Transfer Case *to the Southern District of New York* filed by Bounnam Phimasone, Dalila Yeend. *Defendant's Sur−Reply in Opposition to Plaintiffs' Motion to Transfer Venue* filed by Akima Global Services, LLC. (Marrero, Jessica) (Entered: 12/14/2021) |
| 12/16/2021 | 53 | REPLY to Response to Motion re 40 MOTION to Transfer Case *to the Southern District of New York* filed by Bounnam Phimasone, Dalila Yeend. filed by Bounnam Phimasone, Dalila Yeend. (Hussain, Maureen) (Entered: 12/16/2021) |
| 12/16/2021 | 54 | NOTICE by Bounnam Phimasone, Dalila Yeend re 53 Reply to Response to Motion (Hussain, Maureen) (Entered: 12/16/2021) |
| 02/11/2022 | 55 | *Joint* Letter Motion from Jessica L. Marrero for Defendant and Maureen Hussain for Bounnam Phimasone, Dalila Yeend requesting to withdraw the case from mandatory mediation submitted to Judge Hummel . (Hussain, Maureen) (Entered: 02/11/2022) |
| 02/15/2022 | 56 | TEXT ORDER Removing Case from the Mandatory Mediation Program. [Approving 55 *Joint* Letter Motion from Jessica L. Marrero for Defendant and Maureen Hussain for Bounnam Phimasone, Dalila Yeend requesting to withdraw the case from mandatory mediation ] . Authorized by Magistrate Judge Christian F. Hummel on 2/15/2022. (tab) (Entered: 02/15/2022) |
| 03/16/2022 | 57 | DECISION and ORDER that Plaintiffs' motion to strike certain affirmative defenses, dkt. # 15 , is hereby DENIED. Plaintiffs' motion to transfer venue, dkt. # 40 , is hereby DENIED. Signed by Senior Judge Thomas J. McAvoy on March 16, 2022. (ztc, ) (Entered: 03/16/2022) |
| 04/25/2022 | 58 | STATUS REPORT by Bounnam Phimasone, Dalila Yeend. (Hussain, Maureen) (Entered: 04/25/2022) |
| 05/27/2022 | 59 | NOTICE by Bounnam Phimasone, Dalila Yeend *withdraw of attorney Robert McCreanor* (McCreanor, Robert) (Entered: 05/27/2022) |
| 07/11/2022 | 60 | Letter Motion from Jessica L. Marrero, Counsel for Defendant Akima Global Services LLC for Akima Global Services, LLC requesting Pre−Motion Conference to resolve remaining discovery issues submitted to Judge Hummel . (Attachments: # 1 Exhibit(s) A − May 3, 2022 Discovery Deficiency Letter, # 2 Exhibit(s) B − June 13, 2022 Yeend Supplemental Discovery Responses, # 3 Exhibit(s) C − June 24, 2022 − Phimasone Supplemental Discovery Responses)(Marrero, Jessica) (Entered: 07/11/2022) |
| 07/12/2022 | 61 | TEXT ORDER granting 60 Letter Motion from Jessica L. Marrero, Counsel for Defendant Akima Global Services LLC requesting Pre−Motion Conference to resolve remaining discovery issues : Plaintiff is directed to file a Response to Letter Brief 60 on or before 7/19/2022. A Discovery Hearing has been set for 7/21/2022 @ 10:00 AM. Authorized by Magistrate Judge Christian F. Hummel on 7/12/2022. **[This hearing will be conducted either by telephone or by TEAMS video. Once the format has been decided, the Court will issue the appropriate connection information]** (tab) (Entered: 07/12/2022) |
| 07/15/2022 | 62 | COURT NOTICE of Change in Hearing (Time Only): Due to a conflict in the Court's calendar, the Discovery Hearing has been reset for 7/21/2022 @ 10:30 AM before Magistrate Judge Christian F. Hummel. **[This hearing will be conducted either by telephone or by TEAMS video. Once the format has been decided, the Court will issue the appropriate connection information]**(tab) (Entered: 07/15/2022) |
| 07/18/2022 | | COURT NOTICE: The Discover Hearing set for Thursday, July 21, 2022 @ 10:30am will be conducted remotely, by Microsoft TEAMS video and the court will provide a TEAMS connection link to all participants, prior to the conference date. (tab) (Entered: 07/18/2022) |
| 07/19/2022 | 63 | RESPONSE TO LETTER BRIEF filed by Bounnam Phimasone, Dalila Yeend as to 61 Order on Letter Request,, . (Hussain, Maureen) (Entered: 07/19/2022) |
| 07/21/2022 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Discovery Hearing held on 7/21/2022 by TEAMS video [10:32am−10:48am]. Appearances by Maureen Hussain, Esq. and Christina Brito, Esq. appearing for Plaintiff. Jessica Marrero, Esq. and Heather Crow, Esq. for Defendant. The Discovery |

| | | |
|---|---|---|
| | | issues are set forth. Plaintiff indicates that they wish to file an amended complaint. Defendants indicate that they do not necessarily oppose the amendment, but the deadline to amend has long since past and defts would like the opportunity to respond to a motion. The Court directs that the plaintiffs file a motion to amend that includes support to justify the late filing. The Court sets a briefing schedule. The discovery and motion deadlines, and the discovery issues will be held in abeyance, the pending and determination on the motion to amend. If the court grants leave to amend the Court will set another conference to reset the discovery deadlines. (Court Reporter Jacqueline Stroffolino) (tab) (Entered: 07/22/2022) |
| 07/22/2022 | 64 | TEXT ORDER setting briefing schedule for Plaintiff's Motion to Amend the Complaint: Motion to be filed by 8/15/2022; Response to Motion to be filed by 8/31/2022. Authorized by Magistrate Judge Christian F. Hummel on 7/21/2022. (tab) (Entered: 07/22/2022) |
| 07/27/2022 | 65 | MOTION for Limited Admission Pro Hac Vice of Heather F. Crow Filing fee $100, receipt number ANYNDC−5981761. (Attachments: # 1 Declaration of Sponsor, # 2 New Attorney E−Filing Registration Form, # 3 Petition for Admission, # 4 Certificates of Good Standing) Motions referred to Christian F. Hummel. (Marrero, Jessica) (Entered: 07/27/2022) |
| 07/28/2022 | | **Notice of Attorney Admission Filing Deficiency** re: 65 Motion for Limited Admission Pro Hac Vice of Heather Folsom Crow. Pursuant to LR 83.1(d), the sponsor and/or applicant **MUST** provide the following required documents:  a Certificate of Good Standing that has been issued by a Court; The corrected documents should be electronically filed with the Court by selecting the 'Supplemental Admission documents' event, which is found under the 'Other Documents' menu. Once all requirements under LR 83.1(d) have been met, the motion will be forwarded to the assigned Magistrate Judge for consideration. (tad, ) (Entered: 07/28/2022) |
| 08/01/2022 | 66 | Supplemental Admission documents re: 65 Motion for Limited Admission Pro Hac Vice,. (Marrero, Jessica) (Entered: 08/01/2022) |
| 08/02/2022 | 67 | TEXT ORDER granting 65 Motion for Limited Admission Pro Hac Vice of Heather F. Crow, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement.**  **You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions−nextgen. Authorized by Magistrate Judge Christian F. Hummel on 8/2/2022. (tab) (Entered: 08/02/2022) |
| 08/04/2022 | 68 | NOTICE of Appearance by Heather F Crow on behalf of Akima Global Services, LLC (Crow, Heather) (Entered: 08/04/2022) |
| 08/15/2022 | 69 | MOTION to Amend/Correct 2 State Court Complaint filed by Bounnam Phimasone, Dalila Yeend. Response to Motion due by 9/6/2022 (Attachments: # 1 Memorandum of Law in Support of the Motion, # 2 Declaration of Maureen Hussain, # 3 Exhibit(s) A − Proposed Amended Complaint (redline)) Motions referred to Christian F. Hummel. (Hussain, Maureen) (Entered: 08/15/2022) |
| 08/18/2022 | 70 | NOTICE of Appearance by Olivia Post Rich on behalf of All Plaintiffs (Rich, Olivia) (Entered: 08/18/2022) |
| 08/18/2022 | | TEXT NOTICE OF FILING DEFICIENCY as to Bounnam Phimasone, Dalila Yeend regarding the 70 Notice of Appearance by Olivia Post Rich. **NOTICE IS HEREBY GIVEN** of the following Filing Deficiency: Attorney address and telephone number contained in the document does not match the NYND attorney admission records. Counsel is directed to update their information in PACER within 3 days from this notice. <br><br>Notice of Filing Deficiency Deadline 8/23/2022 (ztc, ) (Entered: 08/18/2022) |
| 08/30/2022 | 71 | STIPULATION *of Proposed Protective Order and Confidentiality Agreement* by Bounnam Phimasone, Dalila Yeend submitted to Judge Hummel. (Hussain, Maureen) (Entered: 08/30/2022) |

| 08/31/2022 | 72 | PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT. Signed by Magistrate Judge Christian F. Hummel on 8/31/2022. (tab) (Entered: 08/31/2022) |
|---|---|---|
| 08/31/2022 | 73 | RESPONSE to Motion re 69 MOTION to Amend/Correct 2 State Court Complaint filed by Bounnam Phimasone, Dalila Yeend. filed by Akima Global Services, LLC. (Marrero, Jessica) (Entered: 08/31/2022) |
| 08/31/2022 | 74 | NOTICE of Appearance by Alyssa D. Isidoridy on behalf of All Plaintiffs (Isidoridy, Alyssa) (Entered: 08/31/2022) |
| 09/01/2022 | 76 | NOTICE of Appearance by Alanna G. Kaufman on behalf of Bounnam Phimasone, Dalila Yeend (Kaufman, Alanna) (Entered: 09/01/2022) |
| 09/01/2022 | 77 | NOTICE of Appearance by Alison E Frick on behalf of Bounnam Phimasone, Dalila Yeend (Frick, Alison) (Entered: 09/01/2022) |
| 09/07/2022 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Status Conference held on 9/7/2022 by telephone. [9:30am–9:44am] Appearances by Alanna G. Kaufman, Esq., Cristina Brito, Esq. and Alyssa D. Isidoridy, Esq. for plaintiffs, Jessica Marrero, Esq. for defendant. The Court confirms defendant's position, Dkt. no. 73, of consenting to the filing of an amended complaint, as proposed in Dkt. no. 69. The Court will grant plaintiff's motion and directs the defendant to respond to an amended complaint in accordance with the FRCP. Fact discovery deadline is extended and a follow up conference will be set on 2/28/2023. (tab) (Entered: 09/07/2022) |
| 09/07/2022 | 78 | TEXT ORDER granting 69 Motion to Amend/Correct Complaint: After a Court Conference was held on 9/7/2022, the Court grants the plaintiff's Motion to Amend and directs the Plaintiff to file the Amended Complaint within 10 days of the date of this Order. Defendant is directed to file an answer/response to the Amended complaint in accordance with the FRCP. Authorized by Magistrate Judge Christian F. Hummel on 9/7/2022. (tab) (Entered: 09/07/2022) |
| 09/07/2022 | 79 | TEXT ORDER resetting Fact Discovery deadline to 2/24/2023. Authorized by Magistrate Judge Christian F. Hummel on 9/7/2022. (tab) (Entered: 09/07/2022) |
| 09/08/2022 | 80 | AMENDED COMPLAINT against Akima Global Services, LLC filed by Dalila Yeend, Bounnam Phimasone.(Isidoridy, Alyssa) (Entered: 09/08/2022) |
| 09/09/2022 | | ***Answer due date updated for Akima Global Services, LLC answer to Amended Complaint due 9/22/2022. (ztc, ) (Entered: 09/09/2022) |
| 09/12/2022 | 81 | COURT NOTICE of Conference: A Status Conference has been set for Tuesday, 2/28/2023 @ 9:00 AM before Magistrate Judge Christian F. Hummel. The conference will be conducted by telephone and counsel are directed to dial in at 1–888–684–8852, enter access code 9772719# and security code 1234# to join the call.(tab) (Entered: 09/12/2022) |
| 09/20/2022 | 82 | Letter Motion from Jessica L. Marrero, Counsel for Defendant Akima Global Services LLC for Akima Global Services, LLC requesting requesting one–week extension until 9/29/2022 to respond to Plaintiffs' First Amended Complaint submitted to Judge Hummel . (Marrero, Jessica) (Entered: 09/20/2022) |
| 09/20/2022 | 83 | TEXT ORDER granting 82 Letter Motion from Jessica L. Marrero, Counsel for Defendant Akima Global Services LLC requesting requesting one–week extension until 9/29/2022 to respond to Plaintiffs' First Amended Complaint: Akima Global Services, LLC answer due 9/29/2022. Authorized by Magistrate Judge Christian F. Hummel on 9/20/2022. (tab) (Entered: 09/20/2022) |
| 09/29/2022 | 84 | ANSWER to 80 Amended Complaint by Akima Global Services, LLC.(Marrero, Jessica) (Entered: 09/29/2022) |
| 02/09/2023 | 85 | *Joint* Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting Request for extension of discovery deadline submitted to Judge Christian Hummel . (Frick, Alison) (Entered: 02/09/2023) |
| 02/09/2023 | 86 | TEXT ORDER deferring ruling on 85 *Joint* Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, |

| | | |
|---|---|---|
| | | Dalila Yeend requesting an extension of discovery deadline, pending a court conference : The Court has moved up and reset the Status Conference to Thursday, 2/16/2023 @ 10:00 AM by telephone. (This replaces the Status Conference originally set for 2/28/2023) **Counsel are directed to DIAL IN @ 518–217–2288 and use Conference ID 145 397 174 # to connect to the conference call**. Authorized by Magistrate Judge Christian F. Hummel on 2/9/2023. (tab) (Entered: 02/09/2023) |
| 02/16/2023 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Status Conference held on 2/16/2023 by telephone. [10:00 am–10:17am] Appearances by Alison Frick, Esq.; Alyssa Isidoridy, Esq.; Olivia Post Rich, Esq.; for plaintiffs; Heather Crow, Esq. and Jessica Marrero, Esq. for defendants. Issues regarding discovery are heard. The Court agrees to extend fact discovery out 6 months from the current deadline of 2/24/2023. A Text Order will be issued resetting that deadline. A Follow up conference is set for 3/15/2023 @ 10:00am by telephone. Parties are directed to file a status report regrading discovery on or before 3/14/2023. (tab) (Entered: 02/16/2023) |
| 02/16/2023 | 87 | TEXT ORDER granting (in part) 85 *Joint* Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting an extension of discovery deadline : Fact discovery is extended 6 additional months and is now to be completed by 8/24/2023. Both parties are directed to file Status Reports due on or before 3/14/2023. A Status Conference has been set for Wednesday, 3/15/2023 @ 10:00 AM. **The conference will be conducted by telephone. The Court will issue a separate notice setting forth the instructions to connect to the conference call in advance of the scheduled date and time.**. Authorized by Magistrate Judge Christian F. Hummel on 2/16/2023. (tab) (Entered: 02/16/2023) |
| 03/10/2023 | 88 | TEXT NOTICE: A Telephonic STATUS Conference in this matter is set for 3/15/2023 at 10:00 AM before Magistrate Judge Christian F. Hummel. **Counsel are to DIAL IN @ 518–217–2288 and use Conference ID 730 004 694# to connect to the conference call.** (tab) (Entered: 03/10/2023) |
| 03/14/2023 | 89 | STATUS REPORT by Akima Global Services, LLC. (Marrero, Jessica) (Entered: 03/14/2023) |
| 03/14/2023 | 90 | STATUS REPORT by Lisa Lapointe, Ira B. Lobel, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend. (Isidoridy, Alyssa) (Entered: 03/14/2023) |
| 03/15/2023 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Status Conference held on 3/15/2023 by telephone. Appearances by Alison Frick, Esq. Cristina Brito, Esq.; Alyssa Isidoridy, Esq. for plaintiffs; Heather Crow, Esq.; Jessica Marrero, Esq. and Amiel Provosty, Esq. for Defendants. The status of discovery is discussed. The court sets a follow up conference for 5/3/2023 @ 10:30am by telephone. A notice for the conference call will be issued. (Court Reporter Jacqueline Stroffolino)[10:00am–10:13am] (tab) (Entered: 03/15/2023) |
| 03/15/2023 | 91 | COURT NOTICE of Hearing: A Status Conference has been set for 5/3/2023 @ 10:30 AM before Magistrate Judge Christian F. Hummel. **The conference will be conducted by telephone. The Court will issue a separate notice setting forth the instructions to connect to the conference call in advance of the scheduled date and time.**(tab) (Entered: 03/15/2023) |
| 04/21/2023 | 92 | MOTION for Limited Admission Pro Hac Vice of Amiel J. Provosty Filing fee $100, receipt number ANYNDC–6271151. (Attachments: # 1 Exhibit(s) Declaration of Sponsor, # 2 Exhibit(s) New Attorney E–Filing Registration Form, # 3 Exhibit(s) Petition for Admission Pursuant to Local Rule 83.1(a), # 4 Exhibit(s) Certificate of Good Standing) Motions referred to Christian F. Hummel. (Marrero, Jessica) (Entered: 04/21/2023) |
| 04/26/2023 | 93 | TEXT ORDER granting 92 Motion for Limited Admission Pro Hac Vice of Amiel J. Provosty, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement.** __You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER__ |

| | | |
|---|---|---|
| | | **system.** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions–nextgen. Authorized by Magistrate Judge Christian F. Hummel on 4/26/2023. (tab) (Entered: 04/26/2023) |
| 04/27/2023 | 94 | Letter Motion from Oliva Post Rich for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting Pre–motion conference regarding discovery deficiencies submitted to Judge Christian F. Hummel . (Attachments: # 1 Exhibit(s) A – Pls' requests, # 2 Exhibit(s) B – Def's responses, # 3 Exhibit(s) C – Pls' Jan 19 letter, # 4 Exhibit(s) D – Pls' sign–in sheet proposal, # 5 Exhibit(s) E – Def's response, # 6 Exhibit(s) F – Pls' April letters)(Frick, Alison) (Entered: 04/27/2023) |
| 05/02/2023 | 95 | TEXT NOTICE: A Telephonic Status Conference in this matter is set for 5/3/2023 at 10:30 AM before Magistrate Judge Christian F. Hummel. Counsel are directed to DIAL IN @ 518–217–2288 and use Conference ID 764 178 996 # to connect to the conference call. (tab) (Entered: 05/02/2023) |
| 05/02/2023 | 96 | STATUS REPORT by Akima Global Services, LLC. (Marrero, Jessica) (Entered: 05/02/2023) |
| 05/03/2023 | | TEXT Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Status Conference held on 5/3/2023 by TEAMS phone. Appearances by Alison Frick, Esq. Cristina Brito, Esq. for plaintiff; Heather Crow, Esq., Amiel Provosty, Esq. and Jessica Marrero, Esq. for Defendants. After hearing from Counsel, the Court directs all remaining discovery to be produced within 45 days, 6/16/2023. The Court sets a follow–up conference for 6/20/23. (Court Reporter Ruth Lynch)[10:30am–10:40am] (tab) (Entered: 05/08/2023) |
| 05/08/2023 | 97 | TEXT ORDER: All outstanding Discovery is now due by 6/16/2023. A Status Conference has been set for Tuesday, 6/20/2023 @ 2:00 PM. **The conference will be conducted by telephone. The Court will issue a separate notice setting forth the instructions to connect to the conference call in advance of the scheduled date and time**. Authorized by Magistrate Judge Christian F. Hummel on 5/8/2023. (tab) (Entered: 05/08/2023) |
| 05/23/2023 | 98 | Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting Clarity/Extension of Expert Deadline submitted to Judge Christian Hummel . (Frick, Alison) (Entered: 05/23/2023) |
| 05/25/2023 | 99 | TEXT ORDER deferring ruling on 98 Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting Clarity/Extension of Expert Deadline pending a court conference : A Discovery Conference (regarding expert deadlines) has been set for Wednesday, 5/31/2023 @ 10:30 AM. **The conference will be conducted by telephone. Counsel are to DIAL IN @ 518–217–2288 and use Conference ID 403 105 270 # to connect to the conference call**. Authorized by Magistrate Judge Christian F. Hummel on 5/25/2023. (tab) (Entered: 05/25/2023) |
| 05/31/2023 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Discovery Hearing held on 5/31/2023 by Teams audio. [10:30am–10:45am] Appearances by Alison Frick, and Alanna Kaufman, Esq. for plaintiff; Heather Crow, Esq., and Amiel Provosty, Esq. for Defendants. After hearing from all counsel, the Court extends deadlines. A Text Order resetting deadlines will be issued. Plaintiff is directed to keep Defendants advised of any site tour/visitation, so that they can also participate if, desired. (tab) (Entered: 06/02/2023) |
| 06/02/2023 | 100 | TEXT ORDER resetting deadlines: Fact Discovery due by 8/1/2023, Plaintiffs Expert Disclosure Deadline is 9/1/2023, Defendants Expert Disclosure Deadline is 10/1/2023, Rebuttal Expert Disclosure Deadline is 10/15/2023. Expert Depositions to be completed by 12/1/2023. Authorized by Magistrate Judge Christian F. Hummel on 6/2/2023. (tab) (Entered: 06/02/2023) |
| 06/15/2023 | 101 | TEXT ORDER: In light of the Court having recently held a conference in this case, the Status conference previously set for 6/20/2023 @ 2:00pm (by telephone) is adjourned and now reset for Monday, 8/7/2023 @ 10:30 AM. **The conference will be conducted by telephone. The Court will issue a separate notice setting forth the instructions** |

| | | |
|---|---|---|
| | | **to connect to the conference call in advance of the scheduled date and time**. Authorized by Magistrate Judge Christian F. Hummel on 6/15/2023. (tab) (Entered: 06/15/2023) |
| 06/20/2023 | <u>102</u> | MOTION for Limited Admission Pro Hac Vice of Nicole Seale Adler Filing fee $100, receipt number ANYNDC−6341119. (Attachments: # <u>1</u> Declaration Declaration of Sponsor, # <u>2</u> New Attorney E−Filing Registration Form, # <u>3</u> Petition for Admission, pursuant to Local Rule 83.1(a), # <u>4</u> Certificate of Good Standing − Nicole Seale Adler, # <u>5</u> Dates of Admission − Nicole Seale Adler) Motions referred to Christian F. Hummel. (Marrero, Jessica) (Entered: 06/20/2023) |
| 06/21/2023 | <u>103</u> | Letter Motion from Amiel J. Provosty, Counsel for Akima Global Services, LLC for Akima Global Services, LLC requesting Judicial Approval and Execution of Subpoena Duces Tecum submitted to Judge Judge Hummel . (Attachments: # <u>1</u> Proposed Subpoena)(Provosty, Amiel) (Entered: 06/21/2023) |
| 06/26/2023 | <u>104</u> | ORDER granting 103 Letter Motion from Amiel J. Provosty, Counsel for Akima Global Services, LLC for Akima Global Services, LLC requesting Judicial Approval and Execution of Subpoena Duces Tecum : [Subpoena issued]. Issued by Magistrate Judge Christian F. Hummel on 6/26/2023. (tab) (Entered: 06/26/2023) |
| 06/27/2023 | 105 | TEXT ORDER granting 102 Motion for Limited Admission Pro Hac Vice of Nicole Seale Adler, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. <u>You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.</u>** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions−nextgen. Authorized by Magistrate Judge Christian F. Hummel on 6/27/2023. (tab) (Entered: 06/27/2023) |
| 07/19/2023 | <u>106</u> | *Stipulated Protective Order and Confidentiality Agreement* − Letter Motion from Amiel J. Provosty, Counsel for Akima Global Services, LLC for Akima Global Services, LLC requesting Approval of Stipulated Third Party Document Protective Order submitted to Judge Hummel . (Attachments: # <u>1</u> Exhibit(s), # <u>2</u> Exhibit(s))(Provosty, Amiel) (Entered: 07/19/2023) |
| 07/23/2023 | <u>107</u> | Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting Discovery Extension and Pre−Motion Conference submitted to Judge Christian Hummel . (Attachments: # <u>1</u> Proposed Order/Judgment, # <u>2</u> Exhibit(s) B − Pls' 2nd RFP, # <u>3</u> Exhibit(s) C − Pls' 3rd RFP, # <u>4</u> Exhibit(s) D − Deficiency Letter, # <u>5</u> Exhibit(s) E − Pls' April RFP)(Frick, Alison) (Entered: 07/23/2023) |
| 07/25/2023 | <u>108</u> | ORDER granting 106 *Stipulated Protective Order and Confidentiality Agreement* − Letter Motion from Amiel J. Provosty, Counsel for Akima Global Services, LLC for Akima Global Services, LLC requesting Approval of Stipulated Third Party Document Protective Order: [Protective Order approved and issued]. Signed by Magistrate Judge Daniel J. Stewart on 7/25/2023. (tab) (Entered: 07/25/2023) |
| 07/25/2023 | 109 | TEXT ORDER re <u>107</u> Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting Discovery Extension and Pre−Motion Conference : Defendant is directed to file a Response to Letter Brief <u>107</u> on or before 8/2/2023. The Status Conference already set for 8/7/2023 @ 10:30am will also serve as a Pre−Motion Conference regarding this discovery issue. **The conference will be conducted by telephone. Counsel are to DIAL IN @ 518−217−2288 and use Conference ID 434 125 156 # to connect to the conference call**. Authorized by Magistrate Judge Christian F. Hummel on 7/25/2023. (tab) (Entered: 07/25/2023) |
| 08/02/2023 | <u>110</u> | RESPONSE in Opposition re <u>107</u> Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting Discovery Extension and Pre−Motion Conference submitted to Judge Christian Hummel filed by Akima Global Services, LLC. (Marrero, Jessica) (Entered: 08/02/2023) |

| 08/07/2023 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Status Conference held on 8/7/2023 by telephone. Appearances by Alison Frick, Esq.; Laura Revercomb, Esq.; Alyssa Isidoridy, Esq., Maureen Hussain, Esq., for Plaintiff; Heather Crow, Esq., Jessica Marrero, Esq. and Amiel Provosty, Esq. for Defendant. After counsel are heard on discovery issues still remaining, the Court resets deadlines in the case. (Court Reporter Lisa Tennyson)10:30am–10:41am] (tab) (Entered: 08/09/2023) |
|---|---|---|
| 08/09/2023 | 111 | TEXT ORDER granting in part 107 Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting Discovery Extension : As was set forth during the 8/7/2023 court conference, deadlines are reset as follows. All Fact Discovery due by 10/1/2023. Plaintiffs Expert Disclosure Deadline is 11/1/2023. Defendants Expert Disclosure Deadline is 12/1/2023. Rebuttal Expert Disclosure Deadline is 12/29/2023. Motion for Class Certification to be filed by 3/1/2024. Authorized by Magistrate Judge Christian F. Hummel on 8/9/2023. (tab) (Entered: 08/09/2023) |
| 09/15/2023 | 112 | Letter Motion from Amiel J. Provosty, Counsel for Akima Global Services, LLC for Akima Global Services, LLC for Akima Global Services, LLC requesting Judicial Approval and Execution of Subpoena to Testify at a Deposition in a Civil Action submitted to Judge Hummel . (Attachments: # 1 Exhibit(s))(Provosty, Amiel) (Entered: 09/15/2023) |
| 09/19/2023 | 113 | ORDER granting 112 Letter Motion from Amiel J. Provosty, Counsel for Akima Global Services, LLC requesting Judicial Approval and Execution of Subpoena to Testify at a Deposition: Subpoena Issued. Signed by Magistrate Judge Christian F. Hummel on 9/19/2023. (tab) (Entered: 09/19/2023) |
| 09/21/2023 | 114 | STATUS REPORT *re Discovery* by Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend. (Frick, Alison) (Entered: 09/21/2023) |
| 01/26/2024 | 115 | *Joint* Letter Motion from Jessica Marrero for Akima Global Services, LLC requesting Extension to Expert Discovery and Class Certification Deadlines submitted to Judge Hummel . (Marrero, Jessica) (Entered: 01/26/2024) |
| 01/29/2024 | 116 | TEXT ORDER granting 115 *Joint* Letter Motion from Jessica Marrero for Akima Global Services, LLC requesting Extension to Expert Discovery and Class Certification Deadlines : Rebuttal Expert Disclosure Deadline is extended to 3/22/2024. The Class Certification Motion to be filed by 4/5/2024. No further extension requests will be entertained. Authorized by Magistrate Judge Christian F. Hummel on 1/29/2024. (tab) (Entered: 01/29/2024) |
| 02/08/2024 | 117 | MOTION for Summary Judgment *and Motion to Dismiss Under Rule 19* filed by Akima Global Services, LLC. Motion returnable before Judge Thomas J. McAvoy. Response to Motion due by 2/29/2024. Reply to Response to Motion due by 3/7/2024 (Attachments: # 1 Statement of Material Facts, # 2 Memorandum of Law, # 3 Exhibit(s) Ex. 1 PNDS, # 4 Exhibit(s) Ex. 2 Harvey Declaration, # 5 Exhibit(s) Ex. 3 Mitchell Declaration, # 6 Exhibit(s) Ex. 4 Trippany Declaration, # 7 Exhibit(s) Ex. 5 Deposition of Trippany, # 8 Exhibit(s) Ex. 6 ICE Audit Documents, # 9 Exhibit(s) Ex. 7 ICE Office of Principal Legal Advisor, # 10 Exhibit(s) Ex. 8 Batavia Immigration Court, # 11 Exhibit(s) Ex. 9 Phimasone Deposition, # 12 Exhibit(s) Ex. 10 Yeend Deposition, # 13 Exhibit(s) Ex. 11 Rodriguez Deposition, # 14 Exhibit(s) Ex. 12 LaPointe Deposition, # 15 Exhibit(s) Ex. 13 Rahmee Deposition, # 16 Exhibit(s) Ex. 14 Bordonaro Deposition, # 17 Exhibit(s) Ex. 15 Brabon Deposition, # 18 Exhibit(s) Ex. 16 Reffner Declaration, # 19 Exhibit(s) Ex. 17 Roberts Declaration, # 20 Exhibit(s) Ex. 18 Ireland Deposition, # 21 Exhibit(s) Ex. 19 Detention Operations Manual, # 22 Exhibit(s) Ex. 20 INS Detainee Handbook) (Marrero, Jessica) (Additional attachment(s) added on 2/13/2024: # 23 Ex. 10 Yeend Deposition–REDACTED, # 24 Ex. 12 LaPointe Deposition–REDACTED, # 25 Ex. 13 Rahmee Deposition–REDACTED, # 26 Ex. 15 Brabon Deposition–REDACTED) (ztc, ). (Entered: 02/08/2024) |
| 02/12/2024 | | TEXT NOTICE OF FILING DEFICIENCY as to Akima Global Services, LLC regarding the 117 MOTION for Summary Judgment *and Motion to Dismiss Under Rule 19* filed by Akima Global Services, LLC. Motion returnable before Judge Thomas J. McAvoy. **NOTICE IS HEREBY GIVEN** of the following Filing |

| | | |
|---|---|---|
| | | Deficiency: Counsel has submitted documents that are not in compliance with redaction requirements pursuant to Federal and NYND Local Rules 5.2 Personal Privacy Protection and General Order 22, Section 11.2. This document has been TEMPORARILY RESTRICTED. Counsel is directed to make the appropriate redactions to the above referenced document and electronically file the redacted document within 3 days of this notice **using the event CORRECTED DOCUMENT(S) found under Other Filings and reference this case number. Do NOT use any other event to file your corrected document.** Failure to file a redacted document by the deadline will result in the unredacted document referenced above being unrestricted. Counsel and the parties are cautioned that failure to redact these personal identifiers may subject them to the Courts full disciplinary power pursuant to NYND Local Rule 5.2.<br><br>Dates of Birth and Home Addresses are not redacted in DKT # 117–12 Ex. 10 Yeend Deposition, DKT # 117–14 Ex. 12 LaPointe Deposition, DKT # 117–15 Ex. 13 Rahmee Deposition, and 117–17 Ex. 15 Brabon Deposition.<br><br>Notice of Filing Deficiency Deadline 2/15/2024 (ztc) (Entered: 02/12/2024) |
| 02/13/2024 | | CLERK'S CORRECTION OF DOCKET ENTRY re 117 Motion for Summary Judgment, Clerk attached redacted versions provided by counsel of DKT # 117–12 Ex. 10 Yeend Deposition, DKT # 117–14 Ex. 12 LaPointe Deposition, DKT # 117–15 Ex. 13 Rahmee Deposition, and 117–17 Ex. 15 Brabon Deposition to the entry. The unredacted versions will remain restricted. (ztc) (Entered: 02/13/2024) |
| 02/18/2024 | 118 | *Consent* Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting Extension of Summary Judgment Briefing Schedule submitted to Judge Thomas McAvoy . (Frick, Alison) (Entered: 02/18/2024) |
| 02/20/2024 | 119 | TEXT ORDER granting 118 *Consent* Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting Extension of Summary Judgment Briefing Schedule for 117 MOTION for Summary Judgment and Motion to Dismiss Under Rule 19: Response to Motions due by 3/14/2024. Reply to Response to Motions due by 3/28/2024. Authorized by Magistrate Judge Christian F. Hummel on 2/20/2024. (tab) (Entered: 02/20/2024) |
| 02/26/2024 | 120 | Pre–Motion Letter by Akima Global Services, LLC requesting a pre–motion conference submitted to Magistrate Judge Christian F. Hummel . Pre–Motion Response Deadline 2/29/2024. (Attachments: # 1 Exhibit 1)(Crow, Heather) Modified on 2/27/2024 to reflect the proper Judge the motion is before (ztc). (Entered: 02/26/2024) |
| 02/29/2024 | 121 | RESPONSE in Opposition re 120 Pre–Motion Letter by Akima Global Services, LLC requesting a pre–motion conference submitted to Magistrate Judge Christian F. Hummel filed by Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend. (Frick, Alison) (Entered: 02/29/2024) |
| 03/05/2024 | 122 | TEXT ORDER granting 120 Letter Motion for a Court Discovery Conference: A Discovery Hearing is set for Wednesday, 3/13/2024 @ 10:00 AM. **This conference will be conducted remotely, by Microsoft TEAMS video and the court will provide a TEAMS connection link to all participants, prior to the conference date**. Authorized by Magistrate Judge Christian F. Hummel on 3/5/2024. (tab) (Entered: 03/05/2024) |
| 03/07/2024 | 123 | Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting Extension of class certification briefing in light of Defendant's dispositive motion submitted to Judge Christian F. Hummel . (Frick, Alison) (Entered: 03/07/2024) |
| 03/08/2024 | 124 | RESPONSE TO LETTER BRIEF filed by Akima Global Services, LLC as to 123 Letter Request/Motion, filed by Elvin Minaya Rodriguez, Shantadewie Rahmee, Dalila Yeend, Lisa Lapointe, Bounnam Phimasone . (Marrero, Jessica) (Entered: 03/08/2024) |
| 03/13/2024 | 125 | Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting leave to file 30–page brief |

| | | |
|---|---|---|
| | | submitted to Judge Christian Hummel . (Frick, Alison) (Entered: 03/13/2024) |
| 03/13/2024 | 126 | TEXT ORDER granting the 125 Letter requesting leave to file 30–page brief in response to the 117 Motion. Authorized by Senior Judge Thomas J. McAvoy on 3/13/2024. (amt) (Entered: 03/13/2024) |
| 03/13/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Discovery Hearing held on 3/13/2024 by TEAMS video. Appearances by Alison Frick, Esq., Alyssa Isidoridy, Esq. and Maureen Hussain, Esq. for plaintiffs; Heather Crow, Esq. and Jessica Marrero, Esq. for Defendant. Discovery issues are discussed. The Court directs Defendants to file a Motion to Compel. The Court denies Plaintiff's motion to stay the filing of the class certification motion while the Motion to Dismiss is pending, but the Court does extend the filing deadline. Text Orders will be issued setting for the the briefing schedules of the anticipated motions. (Court Reporter Lisa Mazzei)[10:00am–10:18am] (tab) (Entered: 03/13/2024) |
| 03/13/2024 | 127 | TEXT ORDER granting in part and denying in part 123 Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting Extension of class certification briefing in light of Defendant's dispositive motion : A Stay of the deadline in which to file the Class Certification Motion is DENIED, but an extension of the briefing schedule is GRANTED. The Class Certification Motion is to be filed by 5/1/2024; Response due 6/15/2024, reply due by 7/1/2024. Authorized by Magistrate Judge Christian F. Hummel on 3/13/2024. (tab) (Entered: 03/13/2024) |
| 03/13/2024 | 128 | TEXT ORDER setting briefing schedule for Defendant's Motion to Compel. As was set forth during the 3/13/224 Court Conference, Defendant's Motion to Compel to be filed by 3/25/2024. Plaintiff's response to Motion due by 4/30/2024, Reply to Motion due by 5/15/2024. Authorized by Magistrate Judge Christian F. Hummel on 3/13/2024. (tab) (Entered: 03/13/2024) |
| 03/14/2024 | 129 | MEMORANDUM OF LAW *in Opposition to Defendant's Summary Judgment and Motion to Dismiss Under Rule 19* filed by Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend. (Attachments: # 1 Statement of Material Facts Plaintiffs' Counter 56.1 Statement, # 2 Declaration Declaration of Alison Frick, # 3 Exhibit(s) Ex. A – Mitchell Tr., # 4 Exhibit(s) Ex. B – BFDF Policy, # 5 Exhibit(s) Ex. C – Trippany Tr., # 6 Exhibit(s) Ex. D – Kitchen Duties, # 7 Exhibit(s) Ex. E – Brabon Tr., # 8 Exhibit(s) Ex. F – Brabon Guide, # 9 Exhibit(s) Ex. G – Pay Policy, # 10 Exhibit(s) Ex. H – AGS Org. Chart, # 11 Exhibit(s) Ex. I – Bordonardo Tr., # 12 Exhibit(s) Ex. J – Ireland Tr., # 13 Exhibit(s) Ex. K – Quammie Decl., # 14 Exhibit(s) Ex. L – Lopez Sandoval Decl., # 15 Exhibit(s) Ex. M – Chavez Gonzalez Decl., # 16 Exhibit(s) Ex. N – Minaya Rodriguez Tr., # 17 Exhibit(s) Ex. O – Yeend Tr., # 18 Exhibit(s) Ex. P – Rahmee Tr., # 19 Exhibit(s) Ex. Q – Walker Tr., # 20 Exhibit(s) Ex. R – Sheffield Tr., # 21 Exhibit(s) Ex. S – Phimasone Tr., # 22 Exhibit(s) Ex. T – Lapointe Tr.)(Isidoridy, Alyssa) (Entered: 03/14/2024) |
| 03/15/2024 | 130 | LETTER MOTION *Requesting Leave to File Oversized Brief in Support of Motion to Dismiss & Motion for Summary Judgment* by Akima Global Services, LLC. (Marrero, Jessica) Modified on 3/15/2024 to change event to Letter Motion (egr). (Entered: 03/15/2024) |
| 03/15/2024 | | CLERK'S CORRECTION OF DOCKET ENTRY re 130 Letter Request/Motion – Clerk edited entry to more accurately describe that attached image was a Letter Motion requesting leave to file an oversized brief rather than a reply. (egr) (Entered: 03/15/2024) |
| 03/18/2024 | 131 | TEXT ORDER granting the 130 Letter requesting permission to file an oversized brief. Authorized by Senior Judge Thomas J. McAvoy on 3/18/2024. (amt) (Entered: 03/18/2024) |
| 03/25/2024 | 132 | MOTION to Compel *Production of Rule 26 Material relied upon by Plaintiff's Expert Dr. Grassian* filed by Akima Global Services, LLC. Response to Motion due by 4/15/2024 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4) Motions referred to Christian F. Hummel. (Crow, Heather) (Additional attachment(s) added on 3/25/2024: # 6 Exhibit 3–REDACTED) (ztc, ). (Attachment 6 replaced on 3/25/2024) (ztc, ). (Additional attachment(s) added on |

| | | |
|---|---|---|
| | | 3/25/2024: # [7] Exhibit 2–Redacted) (ztc, ). (Entered: 03/25/2024) |
| 03/25/2024 | | CLERK'S CORRECTION OF DOCKET ENTRY re [132] Motion to Compel, Exhibit 3 to the Motion contained individuals dates of birth. Clerk redacted the dates of birth pursuant to Local Rule 5.2 and attached the redacted version to the entry. The unredacted version will be restricted. (ztc) (Entered: 03/25/2024) |
| 03/25/2024 | | CLERK'S CORRECTION OF DOCKET ENTRY re [132] Motion to Compel, Clerk replaced the Redacted version of Exhibit 3 with a version provided by Counsel. Clerk added a redacted version of Exhibit 2 that was provided by Counsel. The unredacted versions of Exhibit 2 and 3 will remain restricted. (ztc) (Entered: 03/25/2024) |
| 03/26/2024 | [133] | *Consent* Letter Motion from Jessica L. Marrero for Akima Global Services, LLC requesting Extension to File Reply Memorandum submitted to Judge Hon. Christian F. Hummel, U.S.M.J. . (Marrero, Jessica) (Entered: 03/26/2024) |
| 03/27/2024 | 134 | COURT NOTICE setting briefing schedule on Motion [132] MOTION to Compel *Production of Rule 26 Material relied upon by Plaintiff's Expert Dr. Grassian* filed by Akima Global Services, LLC. :As was directed during the Court conference, the Response to Motion to Compel is due by 4/30/2024. Any Reply to Response to Motion is due by 5/15/2024. (tab) (Entered: 03/27/2024) |
| 03/27/2024 | 135 | TEXT ORDER granting the [133] Letter requesting an Extension to File Reply Memorandum to the [117] MOTION. Reply to Response to Motion due by 4/4/2024. Authorized by Senior Judge Thomas J. McAvoy on 3/27/2024. (amt) (Entered: 03/27/2024) |
| 04/04/2024 | [136] | REPLY to Response to Motion re [117] Motion for Summary Judgment,,,,, filed by Akima Global Services, LLC. (Attachments: # [1] Defendant's Response to Plaintiffs' Statement of Additional Facts, # [2] Exhibit(s) 21, # [3] Exhibit(s) 22 & 22–A, # [4] Exhibit(s) 23, # [5] Exhibit(s) 24)(Marrero, Jessica) (Entered: 04/04/2024) |
| 04/09/2024 | [137] | Letter Motion from Heather F. Crow for Akima Global Services, LLC requesting seeking conference to file Motion to Strike Declarations submitted to Judge Hummel . (Crow, Heather) (Entered: 04/09/2024) |
| 04/09/2024 | [138] | NOTICE by Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend re [129] Memorandum of Law,,,, *Corrected Exhibit M, ECF No. 129–15* (Isidoridy, Alyssa) (Entered: 04/09/2024) |
| 04/10/2024 | 139 | TEXT ORDER REASSIGNING CASE. Case reassigned to U.S. District Judge Anne M. Nardacci for all further proceedings. Senior Judge Thomas J. McAvoy no longer assigned to case. Authorized by Chief Judge Brenda K. Sannes on 4/10/2024. (amt) (Entered: 04/10/2024) |
| 04/12/2024 | [140] | RESPONSE TO LETTER BRIEF filed by Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend as to [137] Letter Request/Motion filed by Akima Global Services, LLC . (Isidoridy, Alyssa) (Entered: 04/12/2024) |
| 04/23/2024 | [141] | Letter Motion from Plaintiffs' counsel for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting Requesting Leave to File Oversized Brief in Support of Plaintiffs' Motion to Certify Rule 23 Class and Appoint Class Counsel submitted to Judge Christian F. Hummel . (Brito, Cristina) (Entered: 04/23/2024) |
| 04/29/2024 | 142 | TEXT ONLY ORDER – Plaintiff's request for leave to file an oversized brief, *see* Dkt. No. 141, is GRANTED on consent. Authorized by U.S. District Judge Anne M. Nardacci on 4/29/2024. (jel, ) (Entered: 04/29/2024) |
| 04/30/2024 | [143] | RESPONSE Memorandum of Law in Opposition re # [132] Motion to Compel,, filed by Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend. (Attachments: # [1] Affirmation of Olivia Post Rich, # [2] Exhibit(s) 1 – Perini Deposition Excerpts, # [3] Exhibit(s) 2 – Grassian Deposition Excerpts)(Hussain, Maureen) Modified on 5/2/2024 to update docket text to reflect it is a Reponse Memorandum of Law. (mmg). (Entered: 04/30/2024) |

| 05/01/2024 | 144 | MOTION to Certify Class *and Appoint Class Counsel* filed by Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend. Motion returnable before Judge Nardacci Response to Motion due by 5/22/2024. Reply to Response to Motion due by 5/29/2024 (Attachments: # 1 Memorandum of Law in support of Plaintiffs' Motion to Certify Rule 23 Classes and Appoint Class Counsel, # 2 Declaration of Alison Frick, # 3 Exhibit(s) 1 – Declaration of Dalila Yeend, # 4 Exhibit(s) 2 – Buffalo Federal Detention Facility Handbook, # 5 Exhibit(s) 3 – Declaration of Elvin Minaya Rodriguez, # 6 Exhibit(s) 4 – Declaration of Lisa Lapointe, # 7 Exhibit(s) 5 – Declaration of Shantadewie Rahmee, # 8 Exhibit(s) 6 – Sample of Weekly Pay Detainee Worker Totals, # 9 Exhibit(s) 7 – Commissary Batch Listing for July 5, 2018, # 10 Exhibit(s) 8 – Mitchell Deposition Transcript, # 11 Exhibit(s) 9 – Trippany Deposition Transcript, # 12 Exhibit(s) 10 – Declaration of George Harvey, # 13 Exhibit(s) 11 – Detainee Housing Unit Officer Post Order, # 14 Exhibit(s) 12 – Yeend VWP Agreement, # 15 Exhibit(s) 13 – Brabon Deposition Transcript, # 16 Exhibit(s) 14 – Detainee Pod Worker Sign–In Sheet, # 17 Exhibit(s) 15 – ICE–AGS Contract, # 18 Exhibit(s) 16 – Bordonardo Deposition Transcript, # 19 Exhibit(s) 17 – ICE Policy BFDF 5.1.2, # 20 Exhibit(s) 18 – Laura Mitchell Emails, # 21 Exhibit(s) 19 – Declaration of Stuart Grassian, # 22 Exhibit(s) 20 – Yeend Deposition Transcript, # 23 Exhibit(s) 21 – Phimasone Deposition Transcript, # 24 Exhibit(s) 22 – Minaya Rodriguez Deposition Transcript, # 25 Exhibit(s) 23 – Lapointe Deposition Transcript, # 26 Exhibit(s) 24 – Rahmee Deposition Transcript, # 27 Exhibit(s) 25 – Childers Deposition Transcript Excerpts, # 28 Exhibit(s) 26 – Declaration of Barrington Walker, # 29 Exhibit(s) 27 – Declaration of Jeyder Lopez Sandoval, # 30 Exhibit(s) 28 – Declaration of Rigoberto Antonio Chavez Gonzalez, # 31 Declaration of Maureen Hussain) (Hussain, Maureen) (Entered: 05/01/2024) |
| 05/14/2024 | 145 | RESPONSE in Support re 132 Motion to Compel,, filed by Akima Global Services, LLC. (Attachments: # 1 Supplemental to Exhibit 2, Perini Deposition Excerpts)(Crow, Heather) (Entered: 05/14/2024) |
| 06/13/2024 | 146 | *Consent* Letter Motion from Defendant's Counsel for Akima Global Services, LLC requesting Leave to File Oversized Brief and Clarification of Response Deadline to Plaintiffs' Motion for Class Certification submitted to Judge Hummel . (Marrero, Jessica) (Entered: 06/13/2024) |
| 06/14/2024 | 147 | TEXT ORDER: On June 13, 2024, Defendant filed a Letter Request seeking permission to file a thirty–five (35) page brief in opposition to the Motion for Class Certification in this matter and seeking clarification of the deadline to file such opposition. Dkt. No. 146 . The request to file an oversized brief is GRANTED. Defendant is permitted to file a brief up to thirty–five (35) pages in length. Defendant shall file such brief by June 17, 2024. SO ORDERED by U.S. District Judge Anne M. Nardacci on 6/14/2024. (mab) (Entered: 06/14/2024) |
| 06/14/2024 | 148 | *Unopposed* Letter Motion from Defendant's Counsel for Akima Global Services, LLC requesting Pre–Motion Conference re Motions in Limine or in the alternative Leave to File without Conference and to Set Briefing Schedule submitted to Judge Hummel . (Marrero, Jessica) (Entered: 06/14/2024) |
| 06/17/2024 | 149 | MOTION for Summary Judgment filed by Akima Global Services, LLC. Motion returnable before Judge Nardacci. Response to Motion due by 7/8/2024. Reply to Response to Motion due by 7/15/2024 (Attachments: # 1 Statement of Material Facts, # 2 Memorandum in Support of Defendants' 2nd Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56, # 3 Exhibit(s) Exhibit 1 Supplemental Declaration of Craig Trippany, # 4 Exhibit(s) Exhibit 2 Declaration of Amiel Provosty) (Marrero, Jessica) (Entered: 06/17/2024) |
| 06/17/2024 | 150 | RESPONSE in Opposition *to (ECF No. 144) Plaintiffs' Motion to Certify Rule 23 Classes and Appoint Counsel* filed by Akima Global Services, LLC. (Attachments: # 1 Exhibit(s) Exhibit 1 PBNDS (excerpts), Section 3.1, # 2 Exhibit(s) Exhibit 2 Trippany Supplemental Declaration, # 3 Exhibit(s) Exhibit 3 – Provosty Declaration)(Marrero, Jessica) (Entered: 06/17/2024) |
| 06/20/2024 | 151 | Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting Conference to determine whether AGS should be permitted to file its second summary judgment motion or, alternatively, for extension of time to oppose submitted to Judge Anne M. Nardacci . (Frick, Alison) (Entered: 06/20/2024) |

| 06/24/2024 | 152 | RESPONSE TO LETTER BRIEF filed by Akima Global Services, LLC as to 151 Letter Request/Motion, filed by Elvin Minaya Rodriguez, Shantadewie Rahmee, Dalila Yeend, Lisa Lapointe, Bounnam Phimasone . (Marrero, Jessica) (Entered: 06/24/2024) |
|---|---|---|
| 07/01/2024 | 153 | REPLY to Response to Motion re 144 Motion to Certify Class,,,,,,,,, filed by Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend. (Isidoridy, Alyssa) (Entered: 07/01/2024) |
| 07/03/2024 | 154 | Letter Motion from Alison Frick for Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend requesting to hold AGS's Second Motion for Summary Judgment in abeyance pending conference submitted to Judge Anne M. Nardacci . (Frick, Alison) (Entered: 07/03/2024) |
| 07/15/2024 | 155 | TEXT ORDER: Counsel are directed to appear for a Telephone Conference in this matter on 7/24/2024 at 1:30 PM before the undersigned. The Court will issue a separate notice setting forth the instructions to connect to the conference call in advance of the scheduled date and time. SO ORDERED by U.S. District Judge Anne M. Nardacci on 7/15/2024. (mab) (Entered: 07/15/2024) |
| 07/19/2024 | | TEXT NOTICE: The conference scheduled in this matter for 7/24/2024 at 1:30 PM before U.S. District Judge Anne M. Nardacci will now be held by Microsoft Teams. The Court will issue a link to counsel in advance of the scheduled date and time. (mab) (Entered: 07/19/2024) |
| 07/24/2024 | | Text Minute Entry for proceedings held before U.S. District Judge Anne M. Nardacci: Status Conference held by Microsoft Teams on 7/24/2024. Appearances: Alison Frick, Esq., Cristina Brito, Esq., Alyssa Isidoridy, Esq. and Maureen Hussain, Esq. for Plaintiffs; Jessica Marrero, Esq. and Heather Crow, Esq. for Defendant. The Court held a conference to address several pending motions and requests in this matter. The Court hears from counsel as to their positions. A Text Order will be issued. (TIME: 1:32PM–2:06PM). (Court Reporter: Jacqueline Stroffolino). (mab) (Entered: 07/25/2024) |
| 07/25/2024 | 156 | TEXT ORDER: As discussed at the conference on July 24, 2024, the Court has received an unusually large number of requests from the parties since the case was reassigned to the undersigned. First, Defendant's Letter Motion, Dkt. No. 137 , seeking a pre–motion conference or leave to file a motion to strike is DENIED, and the motion to strike will be decided on the current submissions. Second, Defendant's unopposed Letter Motion, Dkt. No. 148 , seeking a pre–motion conference or leave to file a motion *in limine* pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms. Inc.*, 509 U.S. 579 (1993), is GRANTED. Defendant shall file its motion *in limine* related to the expert testimony and reports Plaintiffs offer in support of their class certification motion by August 14, 2024, Plaintiffs shall file their opposition by September 4, 2024, and Defendant may file a reply in further support of its motion by September 11, 2024. Third, the portion of Defendant's first dispositive motion, Dkt. No. 117, brought pursuant to Federal Rule of Civil Procedure 56, and Defendant's second dispositive motion, Dkt. No. 149 , are held in ABEYANCE without date and the Court will issue a briefing schedule with respect to the second dispositive motion when appropriate following resolution of the remaining pending motions, Dkt. Nos. 117 , 132 , 144 . Any disputes that arise between the parties in the interim may be raised with the Court in a joint status letter following a good faith attempt to resolve the dispute without Court intervention, but the Court will not entertain further piecemeal motion practice and no further motions may be filed without Court approval. Finally, Plaintiffs' Letter Motions, Dkt. Nos. 151 , 154 , are DENIED as moot. SO ORDERED by U.S. District Judge Anne M. Nardacci on 7/25/2024. (mab) (Entered: 07/25/2024) |
| 08/06/2024 | 157 | TEXT ORDER: Defendant moves pursuant to Federal Rule of Civil Procedure 37(a)(3)(A) to compel Plaintiff to produce "a written outline or framework of questions" used in eight interviews conducted by an assistant of Plaintiffs' expert, Dr. Stuart Grassian. Dkt. No. 132 . Defendant argues that because Dr. Grassian relies on and extensively quotes his assistant's notes in his report, see Dkt. No. 132 –1 at 3–4, questions potentially asked in the interviews are relevant, *see id*. at 7–9; Dkt. No. 145 at 2–5. However, as Plaintiffs argue and Defendant does not dispute, Dr. Grassian did not rely on or consider the interview questions or the interviewees' responses; rather, he considered and relied on his assistant's notes of the interviews, and those notes were the subject of deposition testimony by both Dr. Grassian and his assistant. Dkt. No. |

| | | |
|---|---|---|
| | | 143 at 8; *see, e.g., Gill v. Arab Bank, PLC*, 893 F. Supp. 2d 523, 540 (E.D.N.Y. 2012) (ordering defendant to produce "any interview notes that [its expert] relied upon in formulating her opinions and drafting her reports"). Accordingly, Defendant has not met its burden to show that the document at issue contains "facts or data" considered by Dr. Grassian, Fed. R. Civ. P. 26(a)(2)(B)(i)–(ii), and Defendant's motion is DENIED. SO ORDERED by U.S. District Judge Anne M. Nardacci on 8/6/2024. (mab) (Entered: 08/06/2024) |
| 08/14/2024 | 158 | MOTION in Limine filed by Akima Global Services, LLC. Motion returnable before Judge Anne M. Nardacci (Attachments: # 1 Memorandum in Support of Defendant's Motion in Limine to Exclude the Testimony, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11) (Marrero, Jessica) (Entered: 08/14/2024) |
| 09/04/2024 | 159 | RESPONSE in Opposition re 158 Motion in Limine, filed by Lisa Lapointe, Bounnam Phimasone, Shantadewie Rahmee, Elvin Minaya Rodriguez, Dalila Yeend. (Attachments: # 1 Declaration of Dr. Michael Childers, # 2 Declaration of Maureen Hussain, # 3 Exhibit(s) A to Hussain Declaration, # 4 Exhibit(s) B to Hussain Declaration, # 5 Exhibit(s) C to Hussain Declaration)(Isidoridy, Alyssa) (Entered: 09/04/2024) |
| 09/11/2024 | 160 | REPLY to Response to Motion re 158 Motion in Limine, filed by Akima Global Services, LLC. (Attachments: # 1 Exhibit(s) A – Finestone Declaration)(Marrero, Jessica) (Entered: 09/11/2024) |
| 09/24/2024 | 161 | MEMORANDUM–DECISION and ORDER. The Court hereby ORDERS that Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 19(b), Dkt. No. 117 , is DENIED. The Court further ORDERS that the Clerk serve a copy of this Order on the parties in accordance with the Local Rules. Signed by U.S. District Judge Anne M. Nardacci on 9/24/2024. (mab) (Entered: 09/24/2024) |
| 11/22/2024 | 162 | TEXT ORDER: Pursuant to the Court's July 25, 2024 Text Order, *see* Dkt. No. 156 , Plaintiffs are hereby directed to file their opposition to Defendant's second dispositive motion, Dkt. No. 149 , on or before December 20, 2024. Defendant shall file any reply brief on or before January 10, 2024. The Court will decide the portion of Defendant's first dispositive motion brought pursuant to Federal Rule of Civil Procedure 56, Dkt. No. 117–2 at 27–31, concurrently with its decision on Defendant's second dispositive motion in due course following the completion of this briefing schedule. SO ORDERED by U.S. District Judge Anne M. Nardacci on 11/22/2024. (mab) (Entered: 11/22/2024) |
| 12/12/2024 | 163 | *Joint* Letter Motion from Alison Frick for Dalila Yeend, Elvin Minaya Rodriguez, Lisa Lapointe, Shantadewie Rahmee, Bounnam Phimasone requesting five extra pages for summary judgment opposition and reply briefs submitted to Judge Anne M. Nardacci . (Frick, Alison) (Entered: 12/12/2024) |
| 12/16/2024 | 164 | TEXT ORDER granting the parties' joint 163 Letter Request seeking permission to file enlarged briefs with regard to the pending Motions for Summary Judgment in this matter. Plaintiff is permitted to file an opposition brief of up to thirty (30) pages in length. Defendant is permitted to file a reply brief of up to fifteen (15) pages in length. SO ORDERED by U.S. District Judge Anne M. Nardacci on 12/16/2024. (mab) (Entered: 12/16/2024) |
| 12/20/2024 | 165 | MEMORANDUM OF LAW re 149 Motion for Summary Judgment,, *in Opposition to Defendant's Second Motion for Summary Judgment* filed by Dalila Yeend, Elvin Minaya Rodriguez, Lisa Lapointe, Shantadewie Rahmee, Bounnam Phimasone. (Attachments: # 1 Statement of Material Facts Plaintiffs' Counter 56.1 Statement, # 2 Declaration of Alison Frick, # 3 Exhibit(s) Ex. Y, # 4 Exhibit(s) Ex. Z, # 5 Exhibit(s) Ex. AA, # 6 Exhibit(s) Ex. BB, # 7 Exhibit(s) Ex. CC)(Isidoridy, Alyssa) (Entered: 12/20/2024) |
| 01/10/2025 | 166 | REPLY to Response to Motion re 149 Motion for Summary Judgment,, *and 165 Plaintiff's Opposition* filed by Akima Global Services, LLC. (Attachments: # 1 AGSs Response to Plaintiffs Statement of Additional Material Facts, # 2 Exhibit 3, # 3 Exhibit 4)(Marrero, Jessica) (Entered: 01/10/2025) |

| 01/15/2025 | 167 | TEXT ORDER REASSIGNING CASE. Case reassigned to U.S. Magistrate Judge Paul J. Evangelista for all further proceedings. Magistrate Judge Christian F. Hummel no longer assigned to case. Authorized by Chief Judge Brenda K. Sannes on 1/15/2025. (tab) (Entered: 01/15/2025) |
|---|---|---|
| 03/31/2025 | <u>168</u> | MEMORANDUM–DECISION and ORDER. The Court hereby ORDERS that Defendant's motion *in limine* to exclude the testimony of Dr. Stuart Grassian and Dr. Michael Childers, Dkt. No. <u>158</u> , is GRANTED in part and DENIED in part, consistent with Section IV(A) of this Memorandum–Decision and Order. The Court further ORDERS that Plaintiffs' Motion to Certify Class and Appoint Class Counsel, Dkt. No. <u>144</u> , is GRANTED, consistent with Section IV(B) of this Memorandum–Decision and Order. The Court further ORDERS that the Clerk serve a copy of this Order on the parties in accordance with the Local Rules. Signed by U.S. District Judge Anne M. Nardacci on 3/31/2025. (mab) (Entered: 03/31/2025) |
| 03/31/2025 | <u>169</u> | MEMORANDUM–DECISION and ORDER. The Court hereby ORDERS that Defendant's Motion for Summary Judgment, Dkt. Nos. <u>117</u> , <u>149</u> , is DENIED, as set forth in Section IV of this Memorandum–Decision and Order. The Court further ORDERS that Defendant's Motion to Strike, Dkt. No. <u>137</u> , is DENIED. The Court further ORDERS that the Clerk serve a copy of this Order on the parties in accordance with the Local Rules. Signed by U.S. District Judge Anne M. Nardacci on 3/31/2025. (mab) (Entered: 03/31/2025) |
| 04/14/2025 | <u>170</u> | NOTICE OF DEFENDANT'S MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. 1292(B) THE COURT'S ORDER DENYING SUMMARY JUDGMENT AS TO PLAINTIFFS NEW YORK LABOR LAW CLAIMS. Response to motion due on or before 5/5/2025. (Marrero, Jessica) Modified on 4/15/2025 (jel, ). (Entered: 04/14/2025) |
| 04/15/2025 | <u>171</u> | *** WITHDRAWN FOR ISSUED IN ERROR*** ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re <u>170</u> Notice of Interlocutory Appeal. Motion to Certify for Interlocutory Appeal included and will be address by the Court of Appeals. (bas) Modified on 4/15/2025 (jel, ). (Entered: 04/15/2025) |
| 04/15/2025 |  | Set/Reset Deadlines as to <u>170</u> MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. 1292(B) THE COURT'S ORDER DENYING SUMMARY JUDGMENT AS TO PLAINTIFFS' NEW YORK LABOR LAW CLAIMS. Response to Motion due by 5/5/2025. (jel, ) (Entered: 04/15/2025) |
| 04/15/2025 |  | CLERK'S CORRECTION OF DOCKET ENTRY re <u>170</u> Motion to Certify for Interlocutory Appeal Under 28 U.S.C. 1292(B) filed by Jessica L. Marrero, Esq., for Akima Global Services, LLC – Text was edited to reflect this filing as a motion and not a notice of interlocutory appeal. Telephoned the Second Circuit Court of Appeals that the document filed was not a Notice of Interlocutory Appeal, but a Motion to Certify for Interlocutory Appeal. (jel, ) (Entered: 04/15/2025) |
| 04/23/2025 | <u>172</u> | NOTICE OF APPEAL as to <u>169</u> Order on Motion for Summary Judgment, by Akima Global Services, LLC. Filing fee $ 605, receipt number ANYNDC–7108001. (Marrero, Jessica) (Entered: 04/23/2025) |