# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **25-1061**

Caption [use short title]

Motion for: **dismissal of appeal for lack of jurisdiction**

**DALILA YEEND, et al.,**

**Plaintiff-Appellees,**

v.

Set forth below precise, complete statement of relief sought:

**Plaintiffs seek dismissal of this appeal under the February 25, 2026 Supreme Court ruling that a denial of the Yearsley defense is not immediately appealable and must await final judgment.**

**AKIMA GLOBAL SERVICES, INC.,**

**Defendant-Appellant**

MOVING PARTY: **Dalila Yeend et al.**   OPPOSING PARTY: **Akima Global Services, LLC**

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☒ Appellee/Respondent

MOVING ATTORNEY: **Alison Frick**   OPPOSING ATTORNEY: _____
[name of attorney, with firm, address, phone number and e-mail]

**Kaufman Lieb Lebowitz & Frick LLP**

**18 E. 48th Street, Suite 802 New York, NY 10017**

**africk@kllflaw.com   212-660-2332 Ext. 5**

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain): _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date: _____

Signature of Moving Attorney:
_/s/_  Date: **2/27/26**   Service: ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATE COURT OF APPEALS
SECOND CIRCUIT

| | |
|---|---|
| DALILA YEEND, et al.<br><br>    *Plaintiff-Appellees*,<br><br>-against-<br><br>AKIMA GLOBAL SERVICES, LLC,<br><br>    *Defendant-Appellant*. | No. 25-1061 |

**PLAINTIFF-APPELLEES' MOTION TO DISMISS FOR LACK OF APPELLATE JURISDICTION**

  Plaintiff-Appellees Dalila Yeend, Bounnam Phimasone, Elvin Minaya Rodriguez, Lisa LaPointe, and Shantadewie Rahmee ("Plaintiffs"), by and through their counsel, hereby move this Court to dismiss the appeal for lack of jurisdiction.

**ARGUMENT**

  On February 25, 2026, the United States Supreme Court ruled that the denial of a defense under *Yearsley v. W.A. Ross Construction Company*, 309 U.S. 18 (1940), is not immediately appealable. *GEO Grp. Inc. v. Menocal*, No. 24-758, 2026 WL 513536 (U.S. Feb. 25, 2026). That ruling is dispositive of the current appeal and requires its dismissal for lack of jurisdiction.

1

Defendant-Appellant Akima Global Services, Inc. ("AGS") filed this appeal of the District Court's denial of its claim to a *Yearsley* defense, arguing that the conduct at the heart of Plaintiffs' claims was authorized by the federal government and thus could not serve as the basis for liability. *See generally*, Dkt. No. 17 (AGS Br.). In opposing the appeal, Plaintiffs argued (among other points) that this Court lacked jurisdiction to hear the appeal because the denial of a *Yearsley* defense was not immediately appealable, as it did not satisfy the collateral order doctrine. Dkt. No. 37.1 (Pls.' Br.) at 20-35; *see also Cohen v. Beneficial Industrial Corp.*, 337 U.S. 541, 546 (1949) (laying out requirements a nonfinal order must meet to qualify for interlocutory review).

The Supreme Court agrees with Plaintiffs. In an opinion issued February 25, 2026, it ruled explicitly that a "district court's denial of *Yearsley* protection is not immediately appealable under [28 U.S.C.] § 1291." *Menocal*, No. 24-758, 2026 WL 513536 at *7. The Court held that *Yearsley* provides a defense to liability, not an immunity from suit. "Like the denial of other defenses, such a ruling [denying a *Yearsley* defense] is not, as *Cohen*'s third condition demands, effectively unreviewable on appeal from a final judgment." *Id*. (cleaned up).

2

The Supreme Court's decision is dispositive of this appeal and requires dismissal. *See Perez v. AC Roosevelt Food Corp.*, 744 F.3d 39, 41 (2d Cir. 2013) ("It is common ground that jurisdiction is a threshold matter that must exist before a court may decide the merits of an appeal." (internal quotation marks omitted)). The Court issued its ruling in an almost identical context to that of this case: GEO Group is a private company that, like AGS, contracted with the federal government to run an immigrant detention center. Like AGS, GEO Group was sued by a former detainee challenging policies it enforced at the detention facility that the plaintiff alleged unjustly enriched GEO Group and violated a federal bar on forced labor. *Menocal*, No. 24-758, 2026 WL 513536 at *3. Just like in this case, the district court rejected the contractor's claim to a *Yearsley* defense. When GEO Group appealed the ruling, the Tenth Circuit dismissed it for lack of jurisdiction. The Supreme Court affirmed the Tenth Circuit's order and dismissed the appeal.

Because "[a] *Yearsley* denial is not appealable before the trial court's proceedings have ended," *id*. at *7, this Court must follow the Supreme Court's ruling and dismiss this appeal for lack of jurisdiction.

3

Dated: February 27, 2026
         New York, New York

                    KAUFMAN LIEB LEBOWITZ & FRICK LLP

                    ___/s/ Alison Frick_____
                    Alison Frick
                    Alyssa Isidoridy

                    18 E. 48th Street, Suite 802
                    New York, New York 10017
                    (212) 660-2332

                    WORKER JUSTICE CENTER OF NEW YORK

                    Maureen Hussain
                    Cristina Brito
                    Olivia Post Rich
                    9 Main Street
                    Kingston, New York 12401
                    (845) 331-6615

                    *Attorneys for Plaintiffs-Appellees*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026 I caused the foregoing document(s) to be submitted to the Court's electronic filing system for service and filing, and the document was thereby served upon counsel of record through that system.

                                                      /s/ Alison Frick
                                                    Alison Frick